IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 7:09-cv-41 (HL) |
| FRANK MYLES, | : | |
| Defendant. | : | |

## ORDER

On April 15, 2010, Plaintiff United States of America filed a motion for summary judgment seeking judgment as a matter of law on all its claims (Doc. 12). Since Defendant Frank Myles is proceeding pro se, the Court finds it necessary to advise him that he is obligated to respond to the summary judgment motion.

Defendant Myles is advised that he has a right to oppose the granting of the motion for summary judgment and if he fails to oppose the motion, the motion may be granted in favor of the United States. If the motion is granted, then judgment would be entered in favor of the United States.

Accordingly, Defendant Myles is ordered to file a response to the summary judgment motion on or before May 28, 2010. The clerk's office is to serve Defendant Myles with this order at the last address he provided to the Court.

**SO ORDERED**, this the 18th day of May, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc